[No. 45479-0-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL POLK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06827-9, Charles W. Mertel, J., entered November 1, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Appelwick, JJ.

[No. 45547-8-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS J. DROVDAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00640-3, John M. Meyer, J., entered August 6, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.

[No. 45636-9-I.   Division One.   April 23, 2001.]

GERALD ADCOCK, *Appellant*, v. RAMTREAT METAL TECHNOLOGY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-10372-8, Richard D. Eadie, J., entered October 29, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 45651-2-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONECLUB, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 6, 2001. Substitute opinion filed. See 107 Wn. App. 1038.